**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

_____

**No. 12-1276**

_____

VERNON SIMS,

                    Plaintiff - Appellant,

          v.

MICHAEL J. ASTRUE,

                    Defendant - Appellee.

_____

Appeal from the United States District Court for the District of
Maryland, at Greenbelt.  Jillyn K. Schulze, Magistrate Judge.
(8:09-cv-03195-JKS)

_____

Submitted:  July 31, 2012          Decided:  August 7, 2012

_____

Before KEENAN, WYNN, and FLOYD, Circuit Judges.

_____

Affirmed by unpublished per curiam opinion.

_____

Vernon Sims, Appellant Pro Se.  Alex Gordon, Assistant United
States Attorney, Baltimore, Maryland, for Appellee.

_____

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Vernon Sims appeals the magistrate judge's order affirming the Commissioner's decision denying Sims' application for supplemental security income.[*]  We have reviewed the record and find no reversible error.  Accordingly, we affirm for the reasons stated by the magistrate judge.  <u>Sims v. Astrue</u>, No. 8:09-cv-03195-JKS (D. Md. Mar. 29, 2011).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

<u>AFFIRMED</u>

---

[*]  This case was decided by a magistrate judge with the parties' consent pursuant to 28 U.S.C. § 636(c) (2006).